# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELSIE McKENZIE, individually and
on behalf of all others similarly situated,

        Case No. 8:20-cv-01005-WFJ-AAS

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Elsie McKenzie (the "Plaintiff") and Midland Credit Management, Inc. (the "Defendant"), hereby notify the Court the parties have reached settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: June 26, 2020                                            Respectfully submitted,

                                                                                    /s/ Alexander J. Taylor
                                                                                      Alexander J. Taylor, Esq.
                                                                                      Florida Bar No. 1013947
                                                                                      *Counsel for Plaintiff*
                                                                                      Sulaiman Law Group, Ltd
                                                                                      2500 S Highland Ave, Suite 200
                                                                                      Lombard, IL 60148
                                                                                      Telephone: (630) 575-8181
                                                                                      ataylor@sulaimanlaw.com