# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELSIE MCKENZIE,

    Plaintiff,

v.       Case No: 8:20-cv-1005-T-02AAS

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____/

## O R D E R

The Court has been advised by **the Notice (Doc. 14)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2020.

                        s/*William F. Jung*
                        **WILLIAM F. JUNG**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record